1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

9   RENE F. FERNANDEZ,

10           Petitioner,                           Case No. 2:14-cv-01826-RFB-VCF

11   vs.                                           **ORDER**

12   JAMES GREG COX, *et al.*,

13           Respondents.

14

15

16          Petitioner, who is in custody at the Northern Nevada Correctional Center, has filed a *pro se*

17   petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  Petitioner filed this action in

18   the unofficial Southern Division of the Court, but he is proceeding *pro se* and he is incarcerated in the

19   unofficial Northern Division of the Court.  Under Local Rule LR IA 8-1, a *pro se* inmate must proceed

20   in the unofficial division of the Court in which the inmate is held when the matter is commenced.

21          **IT IS THEREFORE ORDERED** that the above-entitled action is **HEREBY**

22   **TRANSFERRED** to the unofficial Northern Division of this Court for all further proceedings.

23          **IT IS FURTHER ORDERED** that the Clerk of the Court **SHALL TRANSFER AND**

24   **REOPEN** this matter as a new action under a new docket number in the Northern Division.

25   . . .

26   . . .

27   . . .

28

1      **IT IS FURTHER ORDERED** that the present action under the above-captioned docket

2   number **SHALL BE CLOSED** by the Clerk of Court, without prejudice to petitioner regarding any

3   federal limitation period.

4         Dated this 10th day of December, 2014.

5

6

7   _____

8   RICHARD F. BOULWARE, II
    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28