# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RENE F. FERNANDEZ,

    Petitioner,

vs.

JAMES GREG COX, *et al.*,

    Respondents.

Case No. 3:14-cv-000643-LRH-WGC

**ORDER**

    This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 by a Nevada state prisoner.

    This Court has conducted a preliminary review of the petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court must dismiss a petition "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court." Rule 4 of the Rules Governing Section 2254 Cases; *see also Hendricks v. Vasquez*, 908 F.2d 490 (9th Cir. 1990). In the instant case, petitioner seeks to challenge his criminal conviction for trafficking, conspiracy, and other crimes in the Eighth Judicial District Court for the State of Nevada, in Case Number C243593. Petitioner is currently litigating another habeas corpus petition filed in this Court under Case Number 2:13-cv-2158-GMN-VCF, in which he challenges the same convictions as he seeks to challenge in the present case. Because the petition filed in the instant action duplicates the petition and relief sought in the earlier filed case, 2:13-cv-2158-GMN-VCF, this action is dismissed as a duplicate action.

///

-2-

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITH PREJUDICE** as a duplicate action.

**IT IS FURTHER ORDERED** that all pending motions in this case are **DENIED.**

**IT IS FURTHER ORDERED** that petitioner shall file no further documents in this case.

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly.

DATED this 12th day of August, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE